**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

| Baskin-Robbins Franchising LLC, et al., | **Case No. 8:19-cv-02232-JVS-JDE** |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| vs. | **Hon. James V. Selna** |
| MYP Corporation, et al., | |
| Defendants. | |
| Related Third-Party Claims. | |

# JUDGMENT

The Parties to this Judgment having so stipulated, and finding GOOD CAUSE, therefore, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

JUDGMENT is entered in favor of Plaintiffs Baskin-Robbins Franchising, LLC; BR IP Holder LLC; and DB Real Estate Assets I, LLC, jointly and severally, and against Defendants MYP Corporation and Suk Chang, jointly and severally, in the amount of Three Hundred Thousand Dollars ($300,000).

Date: December 28, 2021

_____
Hon. James V. Selna
United States District Judge