# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISING, LLC, a Delaware limited liability company; BR IP HOLDER LLC, a Delaware limited liability company; and DB REAL ESTATE ASSETS I, LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br>  v.<br><br>MYP CORPORATION, a California corporation; and SUK CHANG, an individual,<br><br>        Defendants.<br><br>And RELATED ACTIONS and THIRD-PARTY CLAIMS. | Case No. 8:19-cv-02232-JVS-JDE<br>Hon. James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

The Court having read and considered the Joint Stipulation of Dismissal of Action with Prejudice ("Stipulation") filed by the Parties to the above-referenced action ("Action"), IT IS HEREBY ORDERED that:

    1.    The Stipulation is approved in its entirety;

    2.    This Action is hereby dismissed with prejudice;

    3.    All other existing dates and deadlines in this matter are hereby vacated;

**[PROPOSED] ORDER**

4. In the event of an uncured default, the Court retains jurisdiction to vacate the dismissal for the purposes of entering separate judgments in this Action in favor of NMC Anaheim, LLC and Suk Chang.

**IT IS SO ORDERED.**

DATED: May 16, 2022

_____
Honorable James V. Selna
United States District Judge